■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT G. PALUCH, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. —Appeal by the relator from a judgment of the Supreme Court, entered in Clinton County on November 12, 1970, which dismissed a writ of habeas corpus after a hearing. On September 19, 1967 the relator was found guilty by a jury of various counts of forgery and petit larceny and upon his plea of guilty to an information charging him as a second felony offender he was sentenced to prison as a second felony offender on October 9, 1967. The judgment of conviction was affirmed by the Appellate Division, Fourth Department, without opinion (*People* v. *Paluch*, 32 A D 2d 741). The relator's contentions that he did not receive timely warning that upon conviction he could be adjudged a second felony offender, and that section 1943 of the former Penal Law was inapplicable to him are without merit. (See *People* v. *Porter*, 14 N Y 2d 785, 786; *People* v. *Dozois*, 26 N Y 2d 637.) Judgment affirmed, without costs. Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER HOLLIMAN, Appellant, v. JOSEPH P. CONBOY, as Superintendent of Great Meadow Correctional Facility, Respondent.—Appeal from a judgment of the Supreme Court at Special Term, entered March 22, 1971 in Washington County, which dismissed a writ of habeas corpus after a hearing. Upon the hearing, the relator testified that he was not represented by counsel. The court, on behalf of the respondent, admitted in evidence an affidavit by the sentencing Justice of the Peace, to which timely objection was taken. It was error to admit such affidavit as the relator was entitled to be confronted and, if so advised, cross-examine the said Justice of the Peace. Upon such remanding, the court should carefully consider whether the present sentence is legal. Judgment reversed, on the law and the facts, without costs, and matter remanded for further proceedings not inconsistent herewith. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.